FILED
Jun 03, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1 PHILLIP A. TALBERT
Acting United States Attorney
2 CHRISTOPHER D. BAKER
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA  93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
6 Attorneys for Plaintiff
United States of America
7

**SEALED**

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:21-cr-00157-DAD-BAM
12 | Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT
13 | v. |
14 | SAUL RAMIREZ, |
15 | Defendant. |

18   The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

19 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

20 on June 3, 2021, charging the above defendant with a violation of 21 U.S.C. § 841(a)(1) –

21 Distribution of Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept

22 secret until the defendant named in this Indictment is either in custody or has been given

23 bail on these offenses; and further order that until such time as the defendant is in

24 custody or has been given bail, that no person shall disclose the finding of the Indictment

25 ///

26 ///

27 ///

28 ///

Motion to Seal Indictment                  1

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: June 3, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By /s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  June 3, 2021

*Sheila K. Oberto*
SHEILA K. OBERTO
U.S. Magistrate Judge