IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>SAUL RAMIREZ,<br><br>            Defendant. | CASE NO. 1:21-CR-00157-DAD-BAM<br><br>[~~PROPOSED~~] ORDER UNSEALING INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment and all related filings in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: August 4, 2021

_____
JENNIFER L. THURSTON
CHIEF U.S. MAGISTRATE JUDGE