UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:21-CR-00157-1 DAD |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| SAUL RAMIREZ, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Mara G. Arevalo-Diaz is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to August 4, 2021, for the initial appearance only. After the initial appearance the matter is referred to the Federal Defenders Office for assignment of counsel. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **August 5, 2021**          _/s/ Jennifer L. Thurston_
                                    CHIEF UNITED STATES MAGISTRATE JUDGE