UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:21-CR-00157-1 DAD |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| SAUL RAMIREZ, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Richard A. Beshwate, Jr. is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to August 5, 2021, in place of panel attorney, Mara Arevalo-Diaz. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **August 10, 2021**             _ /s/ Jennifer L. Thurston
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE