PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL RAMIREZ,<br><br>Defendant. | CASE NO. 1:21-CR-00157-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 13, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on October 13, 2021.

2. By this stipulation, the parties move to continue the status conference until January 12, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between October 13, 2021, and January 12, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Initial discovery was provided to defendant on or about August 11, 2021, consisting of 363 Bates-stamped items, including reports of investigation, audio recordings, summary translations of recorded telephone calls, surveillance photographs and a summary of

1 defendant's criminal history.

2   b) Counsel for defendant desires additional time to review discovery, consult with
3 his client, conduct investigation and research related to the charges, and to otherwise prepare for
4 trial. The government has informed defense counsel it will prepare and transmit a plea offer at
5 his request.

6   c) Counsel for defendant believes that failure to grant the above-requested
7 continuance would deny the defense reasonable time necessary for effective preparation, taking
8 into account the exercise of due diligence.

9   d) Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the
11 original date prescribed by the Speedy Trial Act.

12   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of October 13, 2021 to January 12,
14 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it
15 results from a continuance granted by the Court request on the basis of the Court's finding that
16 the ends of justice served by taking such action outweigh the best interest of the public and the
17 defendant in a speedy trial.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 5, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ CHRISTOPHER D. BAKER<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney |
| Dated:  October 5, 2021 | /s/ RICHARD A. BESHWATE, JR.<br>RICHARD A. BESHWATE, JR.<br>Counsel for Defendant<br>Saul Ramirez |

## ORDER

IT IS SO ORDERED that the status conference is continued from October 13, 2021, to **January 12, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 6, 2021**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE