PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAUL RAMIREZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:21-CR-00157-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 12, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on January 12, 2022.

2. By this stipulation, the parties move to continue the status conference until March 23, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between January 12, 2022, and March 23, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery was provided to defendant on or about August 11, 2021, consisting of 363 Bates-stamped items, including reports of investigation, audio recordings, summary translations of recorded telephone calls, surveillance photographs and a summary of defendant's criminal history.

    b) Counsel for defendant desires additional time to review discovery, consult with

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

his client, conduct investigation and research related to the charges, and to otherwise prepare for trial. The government has informed defense counsel it will prepare and transmit a plea offer at his request.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2022 to March 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 3, 2022						PHILLIP A. TALBERT
									United States Attorney


									/s/ CHRISTOPHER D. BAKER
									CHRISTOPHER D. BAKER
									Assistant United States Attorney


Dated:  January 3, 2022						/s/ RICHARD A. BESHWATE, JR.
									RICHARD A. BESHWATE, JR.
									Counsel for Defendant
									Saul Ramirez


## ORDER

IT IS SO ORDERED that the status conference is continued from January 12, 2022, to **March 23, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 3, 2022**				/s/ Barbara A. McAuliffe
								UNITED STATES MAGISTRATE JUDGE