PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SAUL RAMIREZ,<br><br>   Defendant. | CASE NO.  1:21-CR-00157-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: June 8, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 8, 2022.

2. By this stipulation, the parties move to continue the status conference until August 24, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between June 8, 2022, and August 24, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Initial discovery was provided to defendant on or about August 11, 2021, consisting of 363 Bates-stamped items, including reports of investigation, audio recordings, summary translations of recorded telephone calls, surveillance photographs and a summary of defendant's criminal history.

   b) Counsel for defendant desires additional time to review discovery, consult with

1 his client, conduct investigation and research related to the charges, and to otherwise prepare for
2 trial.  The government has informed defense counsel it will prepare and transmit a plea offer at
3 his request.

4       c)      Counsel for defendant believes that failure to grant the above-requested
5 continuance would deny the defense reasonable time necessary for effective preparation, taking
6 into account the exercise of due diligence.

7       d)      Based on the above-stated findings, the ends of justice served by continuing the
8 case as requested outweigh the interest of the public and the defendant in a trial within the
9 original date prescribed by the Speedy Trial Act.

10       e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of June 8, 2022 to August 24, 2022,
12 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results
13 from a continuance granted by the Court request on the basis of the Court's finding that the ends
14 of justice served by taking such action outweigh the best interest of the public and the defendant
15 in a speedy trial.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 31, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated: May 31, 2022

/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Counsel for Defendant
Saul Ramirez

## ORDER

IT IS SO ORDERED that the status conference is continued from June 8, 2022, to **August 24, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **May 31, 2022**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3