PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>SAUL RAMIREZ,<br><br>                   Defendant. | CASE NO. 1:21-CR-00157-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: August 24, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on August 24, 2022.

2. By this stipulation, the parties move to continue the status conference until November 9, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between August 24, 2022, and November 9, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery was provided to defendant on or about August 11, 2021, consisting of 363 Bates-stamped items, including reports of investigation, audio recordings, summary translations of recorded telephone calls, surveillance photographs and a summary of defendant's criminal history.

    b) Counsel for defendant desires additional time to review discovery, consult with

his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.  The government provided counsel for defendant with a plea offer at his request, and he has asked for additional time to consider the plea offer in the light of discovery.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2022 to November 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 16, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ CHRISTOPHER D. BAKER<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney |
| Dated:  August 16, 2022 | /s/ RICHARD A. BESHWATE, JR.<br>RICHARD A. BESHWATE, JR.<br>Counsel for Defendant<br>Saul Ramirez |

## ORDER

IT IS SO ORDERED that the status conference is continued from August 24, 2022, to **November 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **August 17, 2022**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE