PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00157-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SAUL RAMIREZ, | DATE: February 8, 2023 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on February 8, 2023.

2. By this stipulation, the parties move to continue the status conference until May 10, 2023, and to exclude time from calculation under the Speedy Trial Act between February 8, 2023, and May 10, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts that discovery has been provided. The government is aware of its ongoing discovery obligation.

    b) Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT
1

   c) The government provided counsel for defendant with a plea offer at his request, and he has asked for additional time to consider the plea offer in the light of discovery.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 8, 2023 to May 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 1, 2023         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ JESSICA A. MASSEY
                                 JESSICA A. MASSEY
                                 Assistant United States Attorney

Dated:  February 1, 2023         /s/ RICHARD A. BESHWATE, JR.
                                 RICHARD A. BESHWATE, JR.
                                 Counsel for Defendant
                                 Saul Ramirez

## ORDER

IT IS SO ORDERED that the status conference is continued from February 8, 2023, to **May 10, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court intends to set a trial date at the next status conference.  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:  **February 2, 2023**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE