PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SAUL RAMIREZ,<br><br>                              Defendant. | CASE NO.  1:21-CR-00157-ADA-BAM<br><br>AMENDED STIPULATION TO VACATE STATUS DATE, SET FOR TRIAL, AND EXCLUDE TIME; ORDER<br><br>DATE: May 10, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was scheduled for a status conference on May 10, 2023.

2.      By this stipulation, the parties move to vacate the status date and set the matter for trial on January 17, 2024, and to exclude time from calculation under the Speedy Trial Act between May 10, 2023, and January 17, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4.  The parties also request a trial confirmation date be set for December 11, 2023.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government asserts that discovery has been provided.  The government is aware of its ongoing discovery obligation.

b)      Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for

trial.

c)      The parties anticipate that this matter will likely result in a change of plea.  The parties are in ongoing plea discussions.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2023 to January 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 3, 2023                                    PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ JESSICA A. MASSEY
                                                       JESSICA A. MASSEY
                                                       Assistant United States Attorney


Dated:  May 3, 2023                                    /s/ RICHARD A. BESHWATE, JR.
                                                       RICHARD A. BESHWATE, JR.
                                                       Counsel for Defendant
                                                       Saul Ramirez

**ORDER**

   IT IS SO ORDERED that the status conference set for May 10, 2023, is vacated. A jury trial is set for **January 17, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **3 days**. A trial confirmation is set for **December 11, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

 Dated: __**May 3, 2023**__      ___/s/ *Barbara A. McAuliffe*___
                UNITED STATES MAGISTRATE JUDGE