1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:21-CR-00157-ADA-BAM

12                        Plaintiff,      STIPULATION TO VACATE TRIAL AND
                                          SCHEDULE CHANGE OF PLEA; ORDER
13            v.
                                          DATE: December 11, 2023
14 SAUL RAMIREZ,                          TIME: 8:30 AM
                                          COURT: Hon. Ana de Alba
15                        Defendant.

16

17                             **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for a trial confirmation hearing on December 11,

21 2023 and trial on January 17, 2024. ECF 40. Time was previously excluded until the scheduled trial

22 pursuant to 18 U.S.C. Section 3161(h)(7)(A). *Id.*

23      2.      The parties reached a plea agreement in this case, which was filed on October 17, 2023.

24 Defendant is prepared to change is plea and requests the earliest available date that the Court and parties

25 are available, which is believed to be December 11, 2023.

26       IT IS SO STIPULATED.

27 ///

28 ///

       STIPULATION REGARDING EXCLUDABLE TIME              1
       PERIODS UNDER SPEEDY TRIAL ACT

Dated:  November 21, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  November 21, 2023

/s/ RICHARD A. BESHWATE
RICHARD A. BESHWATE
Counsel for Defendant
SAUL RAMIREZ

**ORDER**

IT IS SO ORDERED that the jury trial set for January 17, 2024, and trial confirmation set for December 11, 2023, are vacated. A change of plea hearing is set for **December 11, 2023, at 8:30 a.m. in Courtroom 5 before the District Judge.** Time was previously excluded through January 17, 2024. IT IS SO ORDERED.

Dated:    **November 22, 2023**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE