PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SAUL RAMIREZ<br><br>                              Defendant. | CASE NO. 1:21-CR-00157-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: June 5, 2024<br>TIME: 1:00 PM<br>COURT: Hon. Linda Lopez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on June 5, 2024.

2.      The parties request additional time to be prepared for sentencing.   The parties request the sentencing be continued to July 15, 2024.

3.      Government counsel has been ill for more than the past week which has interfered with completing the sentencing memorandum.  The Government requests the continuance to be able to do so.

4.      Defense counsel requests the case be set for sentencing on July 15, 2024 before the Hon. Charles Breyer, the judge who took Mr. Ramirez's plea.  At the plea proceeding (undersigned Government counsel was not present at that proceeding), Judge Breyer indicated that defendants should be sentenced by the judge that takes their plea and the defendant understood that to mean that Judge

1

Breyer would sentence the defendant.  While defense understands that Judge Breyer set parameters for cases he would sentence on July 26 and this case does not meet the date of plea parameter, the defense would like time to explore whether Judge Breyer will consider handling this sentencing on July 26 as well.

5.      Government counsel is agreeable to the July 15, 2024 sentencing date.

IT IS SO STIPULATED.


Dated:  May 31, 2024                          PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ KIMBERLY A. SANCHEZ
                                              KIMBERLY A. SANCHEZ
                                              Assistant United States Attorney


Dated:  May 31, 2024                          /s/ RICHARD A. BESHWATE
                                              RICHARD A. BESHWATE
                                              BUSTAMANTE
                                              Counsel for Defendant
                                              SAUL RAMIREZ


### **ORDER**

To assess the availability of Judge Breyer to hear the sentencing in this matter, IT IS ORDERED that a Status Conference re Sentencing is set for **July 10, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.**  The June 5, 2024 sentencing hearing is VACATED.  Should the parties be informed that Judge Breyer will hear the sentencing on July 26, 2024, they may file a stipulation to set the sentencing date and vacate the Status Conference.


IT IS SO ORDERED.

Dated:   **May 31, 2024**                     /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE