PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL RAMIREZ,<br><br>Defendant. | CASE NO. 1:21-CR-00157-JLT-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: July 10, 2024<br>COURT: NODJ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference for July 10, 2024 to determine whether the Honorable Charles Breyer would preside over the matter. The Order provided that should the parties hear Judge Breyer would hear the matter, the parties could submit a stipulation to vacate the status conference and set the sentencing date.

2. The parties stipulate and request the Court to vacate the status conference set for July 10, 2024 and set the sentencing hearing for July 26, 2024 at 11:00 a.m. before the Honorable Charles Breyer.

///

///

STIPULATION TO VACATE STATUS CONFERENCE AND SET SENTENCING.

1

IT IS SO STIPULATED.

Dated:  June 21, 2024

                                    PHILLIP A. TALBERT
                                    United States Attorney

                                   /s/ KIMBERLY A. SANCHEZ
                                  KIMBERLY A. SANCHEZ
                                  Assistant United States Attorney

Dated: June 21, 2024                   /s/ RICHARD BESHWATE
                                  RICHARD BESHWATE
                                  Counsel for Defendant
                                  SAUL RAMIREZ

## **ORDER**

IT IS SO ORDERED that the status conference set for July 10, 2024, is vacated.  The case is set for sentencing on **July 26, 2024 at 11:00 a.m. before the Honorable Charles Breyer.**

IT IS SO ORDERED.

Dated:   **June 24, 2024**                           /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE