Richard A. Beshwate jr., Esq (#179782)
The Law Offices of Richard A. Beshwate. Jr.
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 266-5000

Attorney for Defendant: Saul Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL RAMIREZ<br><br>Defendant. | No. 1:21-CR-00157- NODJ-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF RICHARD BESHWATE AS ATTORNEY OF RECORD AND ORDER** |

On August 3, 2021, Defendant Saul Ramirez was indicted on federal charges. CJA Panel Attorney Richard Beshwate was appointed as trial counsel to represent Mr. Saul Ramirez on August 6, 2021, in his criminal case. Mr. Saul Ramirez was sentenced pursuant to plea agreement on July 26, 2024. The time for filing a direct appeal was 08/9/2024. No direct appeal was filed. Mr. Saul Ramirez was in custody at sentencing. Mr. Ramirez self-surrendered to the Bureau of Prisons as directed on July 26, 2023. The trial phase of Mr. Ramirez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Ramirez`s CJA attorney Richard Beshwate now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Ramirez require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 08/15 /2024                                  Respectfully submitted,

                                                \s\ Richard A. Beshwate, Jr.
                                                Richard Beshwate, Attorney for
                                                Saul Ramirez

# ORDER

Having reviewed the notice and found that attorney Richard Beshwate has completed the services for which he was appointed, the Court hereby grants attorney Beshwate`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Saul Ramirez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Saul Ramirez # 2301-327
C/O US MARSHALL
KERN COUNTY SHERIFF`S OFFICE
Lerdo Pre Trial Facility
17695 Industrial Farm Road,
Bakersfield, CA 93308

**IT IS SO ORDERED.**

DATED:   August 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE